David M. Cook, Bar # 7043
Attorney for the Debtor(s)
716 East 4500 South, Ste. N240
S.L.C., UT 84107
Phone: (801) 264-0699
Fax:    (801) 438-7867
E-mail: cook@utlawyer.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| IN RE:    Allen Kerr,<br>        Gina Torres,<br>                    Debtor. | Bankruptcy No. 12-29200<br>Chapter 13 |
|---|---|

**EX PARTE MOTION TO CONTINUE CONFIRMATION HEARING**

The above-named Debtor(s), by and through Counsel, David M. Cook, moves this court for an Order Continuing the Confirmation Hearing and in support thereof states as follows:

1. The Debtor(s) filed this bankruptcy on July 17, 2012.

2. The hearing on confirmation of Debtor(s)' Plan is currently scheduled for November 29, 2012.

3. Counsel for Debtors and Debtors have been able to resolve and address all issues raised by the Trustee except for calculation of the required return to creditors and reconciling that with Debtors' budget for which counsel and Debtors need further consultation and review of proof of claims which has not been able to be accomplished heretofore due to illness of counsel and inability to complete the analysis of the complex financial details involved and review with Debtors.

WHEREFORE, Debtor(s) prays for an Order Continuing the Confirmation Hearing for :
[ **X** ] 30, [  ] 40, [  ] 50, [  ] 60 days.

Respectfully submitted on this November 27, 2012.

/s/ David M. Cook
Attorney for the Debtor(s)