David M. Cook, Bar # 7043
Attorney for the Debtor(s)
716 East 4500 South, Ste. N240
Salt Lake City, UT 84107
Phone:  (801) 264-0699
Fax:    (801) 264-8494
E-mail:  cook@utlawyer.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:    Allen Kerr<br>Gina Torres<br><br>Address: 270 S. 450 W., Layton, UT 84041<br>Last four digits of Social Security No:<br>xxx-xx-0451 and xxx-xx-1518<br><br>Debtor(s). | Bankruptcy No.  12-29200<br>Chapter 13<br>Filed Electronically |
|---|---|

**NOTICE OF DEBTORS MOTION TO APPOINT AGENT FOR SALE OF PROPERTY OF THE ESTATE, FOR APPROVAL OF SHORT SALE OF DEBTORS' INTEREST IN REAL PROPERTY, AND FOR ATTORNEY'S FEES AND NOTICE OF OPPORTUNITY FOR HEARING**
**(Objection Deadline: May 5, 2015)**
**(Hearing Date: May 13, 2015)**

The Debtors, Allen Kerr and Gina Torres, have filed a Motion to Appoint Agent for Sale of Property of the Estate, for Approval of Short Sale of Real Property, and for Attorney's Fees.

**YOUR RIGHTS MAY BE AFFECTED**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Debtors seek to approve the appointment of a real estate agent and for the short sale of their real estate and requests attorney's fees.

**NO HEARING WILL BE CONDUCTED ON THIS MOTION/APPLICATION/ OBJECTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW**.

If you do not want the Court to grant the relief requested in the Motion then you or your attorney must:

1.      On or before **May 5, 2015**, file with the Bankruptcy Court a written Objection,

                    Document      Page 2 of 5

explaining your position, at:
    United States Bankruptcy Court
    350 South Main Street, Room 301
    Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before **May 5, 2015**. You must also mail a copy to the undersigned counsel at David M. Cook, Attorney at law, 716 East 4500 South, Ste. N240, Salt Lake City, UT 84107.

    **(2)** attend a hearing on **May 13, 2015**, at **11:00** in Courtroom 369, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, UT 84101 **There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

    If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Motion without hearing.

Dated this 8th day of August, 2012.

                        /s/     David M. Cook
                        Attorney for the Debtor

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on April 9, 2015, I electronically filed the foregoing Notice of Opportunity for Hearing and Objection to Proof of Claim No.  with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

| Kevin R. Anderson | U.S. Trustee |
| Chapter 13 Trustee | Via ECF |
| Via ECF | |

**CERTIFICATE OF SERVICE –MAIL, OTHER**

I hereby certify that on April 9, 2015, I caused to be served a true and correct copy of the foregoing Notice of Opportunity for Hearing and Objection to Proof of Claim No.  as follows:
  _X_ Mail Service - By regular first class United States mail, postage fully pre-paid, addressed to:

Allen Kerr
Gina Torres
270 S. 450 W.
Layton, UT 84041

on this April 18, 2015.

                        /s/     David M. Cook

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 12-29200<br>District of Utah<br>Salt Lake City<br>Sat Apr 18 06:06:53 MDT 2015 | ADT Security Services<br>P.O. Box 650485<br>Dallas, TX 75265-0485 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Kevin R. Anderson tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111-3408 | Bank of America<br>2424 Us Hwy 6 And 50<br>Grand Juction, CO 81505 |
| Bonneville Billing and Collections, Inc<br>P.O. Box 150621<br>Ogden, UT 84415-0621 | CITI<br>701 East 60th St North<br>Sioux Falls, SD 57104-0493 | Capital Management Services, Inc.<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210-1464 |
| Center One Financial<br>P.O. Box 70898<br>Charlotte, NC 28272-0898 | CenterOne Financial Services<br>P.O. Box 4422<br>Bridgeton, MO 63044-0422 | Circuit City<br>7795 West Flagler Street<br>Miami, FL 33144-2359 |
| David M. Cook<br>716 East 4500 South<br>Suite N240<br>Salt Lake City, UT 84107-3619 | DRESSWELL CLEANERS<br>c/o Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415-0621 | Davis Hospital and Medical Center<br>1600 West Antelope Drive<br>Layton, UT 84041-1120 |
| Davis North Hospital<br>P.O. Box 277273<br>Atlanta, GA 30348-7273 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Discover<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | East Bay Funding, LLC its successors and ass<br>as assignee of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | Edwin B. Parry<br>P.O. Box 25727<br>Salt Lake City, UT 84125-0727 |
| Emergency Phys Integrated Care (EPIC)<br>P.O. Box 96398<br>Oklahoma City, OK 73143-6398 | Emergency Physicians Integrated Care<br>P.O. Box 96398<br>Oklahoma City, OK 73143-6398 | Express Recovery<br>2790 Decker Lake Drive<br>Salt Lake City, UT 84119-2057 |
| Express Recovery Services, Inc.<br>P.O. Box 26415<br>Salt Lake City, UT 84126-0415 | Exxon<br>P.O. Box 6530<br>The Lakes, NV 88901-6530 | Scott D. Fink<br>Weltman Weinberg & Reis<br>323 W. Lakeside Avenue<br>Suite 200<br>Cleveland, OH 44113-1099 |
| First Source Advantage, LLC<br>205 Bryant Woods South,<br>Buffalo, NY 14228-3609 | GOLDENWEST CREDIT UNION<br>c/o Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415-0621 | GRAYPOINT AUTO FINANCE CORP,<br>IT'S SUCCESSORS AND ASSIGSN<br>Weltman, Weinberg and Reis Co., L.P.A.,<br>323 W. Lakeside Avenue,<br>Cleveland, OH 44113-1099 |

```
Graypoint Auto Finance Corp          HSBC Card Services                   (p)INTERNAL REVENUE SERVICE
P.O. Box 70898                       P.O. Box 80084                       CENTRALIZED INSOLVENCY OPERATIONS
Charlotte, NC 28272-0898             Salinas, CA 93912-0084                PO BOX 7346
                                                                          PHILADELPHIA PA 19101-7346


Intermountain Healthcare             Jay V Barney, P.C.                   (p)JEFFERSON CAPITAL SYSTEMS LLC
Patient Financial Services           404 East 4500 South                   PO BOX 7999
P.O. Box 410400                      Suite A-38                            SAINT CLOUD MN 56302-7999
Salt Lake City, UT 84141-0400        Salt Lake City, UT 84107-5051


Jorge Zapata                         Allen Shayne Kerr                    Knight Adjustment Bureau
859 Washington Blvd. Suite #2        270 S. 450 W.                         404 East 4500 South
Ogden, UT 84404-4972                 Layton, UT 84041-3675                 Suite A34
                                                                          Murray, UT 84107-2710


LDS Hospital                         Mervyn's                             Mountain Medical
Remittance Processing                P.O.Box 960013                        P.O. Box 29684
P.O. BOx 410400                      Orlando, FL 32896-0013                Phoenix, AZ 85038-9684
Salt Lake City, UT 84141-0400


Mountain West Anesthesia             Mountainland Collections              Omnium Worldwide, Inc
1954 East Fort Union Blvd            P.O. Box 1280                         PO Box 956842
Suite #102                           American Fork, UT 84003-6280          Saint Louis, MO 63195-6842
Salt Lake City, UT 84121-6883


Outsource Receivable                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Qwest Communications
P.O. Box 166                         PO BOX 41067                          Bankruptcy Group
Ogden, UT 84402-0166                 NORFOLK VA 23541-1067                 P.O. Box 5508
                                                                          Bismarck, ND 58506-5508


Qwest Communications                 RC Willey Home Furnishings           RCO
PO Box 29060                         P.O. Box 65320                        7171 Mercy Road
Phoenix, AZ 85038-9060               Attn: Bankruptcy Department           Suite 150
                                     Salt Lake City, UT 84165-0320         Omaha, NE 68106-2611


Ramon Torres                         Rocky Mountain OB/GYN                SFC-Central Bankruptcy
2665 North 2525 West                 1580 W Antelope Dr # 290              P.O. Box 1893
Farr West, UT 84404-8709             Layton, UT 84041-1179                 Spartanburg, S.C. 29304-1893


Second District Court                Second District Court                Stephen Elggren, LLC
Case No. 090602303                   Case No. 090800086                    PO Box 900790
425 N. Wasatch                       805 South Main                        7390 South Creek Road, Suite 201
Layton, UT 84041-3254                Bountiful, UT 84010-6480               Sandy, UT 84093-6123


Tanner Clinic                        Target National Bank                 (p)CITIBANK
2121 N 1700 W                        c/o Target Credit Services            PO BOX 790034
Layton, UT 84041-1185                PO Box 1581                           ST LOUIS MO 63179-0034
                                     Minneapolis, MN 55440-1581
```

| | | |
|---|---|---|
| Third District Court<br>Case No. 120408718<br>8080 South Redwood Road, Suite 1701<br>West Jordan, UT 84088-4654 | Gina Torres<br>270 S. 450 W.<br>Layton, UT 84041-3675 | UHEAA<br>P.O. Box 45202<br>Salt Lake City, UT 84145-0202 |
| United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | University of Utah<br>1901 E. South Campus Drive<br>1129 Annex Building<br>Salt Lake city, UT 84405 | Utah State Tax Commission<br>Attn: Bankruptcy Unit, Taxpayer Srv Div<br>210 North 1950 West<br>Salt Lake City, UT 84134-3340 |
| Well's Fargo Financial Bank<br>P.O. Box 5943<br>Sioux Fall, SD 57117-5943 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Wells Fargo Financial<br>P.O BOX 98784<br>Las Vegas, NV 89193-8784 |
| Wells Fargo Financial Bank<br>P.O. Box 5943<br>Sioux Falls, SD 57117-5943 | Wells Fargo Financial Utah, Inc<br>PO Box 10317<br>Des Moines IA 50306-0317 | Wells Fargo Home Mortgages Inc.<br>P.O. Box 5708<br>CPI#708)<br>Springfield, OH 45501-5708 |
| David M x2Cook<br>David M. Cook, P.C.<br>716 East 4500 South<br>Suite N240<br>Salt Lake City, UT 84107-3619 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>Payment Processing Center<br>PO Box 6403<br>Carol Stream, IL 60197-6403 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | I.R.S.<br>P.O. Box 7704<br>San Francisco, CA 94120-7704 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | The Home Depot<br>P.O. Box 6028<br>The Lakes, NV 88901-6028 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Graypoint Auto Finance Corp. | (d)Rocky Mountain OB/GYN<br>1580 W Antelope Dr # 290<br>Layton, UT 84041-1179 | End of Label Matrix<br>Mailable recipients    72<br>Bypassed recipients     2<br>Total                  74 |