Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for Wells Fargo Bank, N.A.
L&A Case No. 15-48492

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Allen Shayne Kerr and Gina Torres,<br><br>Debtors. | Bankruptcy No. 12-29200 RKM<br><br>(a Chapter 13 case)<br><br>Filed Electronically |

OBJECTION TO THE DEBTORS' MOTION FOR
APPROVAL OF SALE OF REAL PROPERTY

Wells Fargo Bank, N.A. ("Creditor") a secured creditor of the above-referenced debtors, objects to the debtors' Motion for Approval of Sale of Real Property as follows:

1.    Creditor objects to a sale of the Property unless and until the Creditor is paid in full at the time of closing, or the debtor obtains written approval for a "short sale" of the Property.

2.    The approximate payoff to this Creditor is $284,665.32, whereas the debtor is only proposing payment in the amount of $214,619.85.  Because the listed payoff is approximate, the

debtors or their closing agent must contact Creditor within 24 hours prior to closing to obtain or verify a correct payoff amount.

       3.       Creditor further requests that the order approving the sale contain language "that the mortgage or debt to Creditor shall be paid in full at the time of closing" as opposed to specifying an amount to be paid as the amount changes daily based upon the interest due.

DATED: May 6, 2015

                          LUNDBERG & ASSOCIATES

                          By /s/Mark S. Middlemas
                          Mark S. Middlemas
                          Attorneys for Creditor

CERTIFICATE OF NOTIFICATION

I certify that on May 6, 2015 I sent a copy of the foregoing Objection, electronically or by first class mail, to each of the following:

    David M. Cook
    David M. Cook, P.C.
    cook@utlawyer.net
    ECF
        Attorney for Debtors

    Kevin R. Anderson
    kanderson@ch13kra.com, lneebling@ch13kra.com
    ECF
        Chapter 13 Trustee

    /s/Mark S. Middlemas
    Mark S. Middlemas

CERTIFICATE OF SERVICE – MAIL, OTHER

I certify that on May 6, 2015 I caused to be served a true and correct copy of the foregoing Response to Debtor's Motion for Approval of Sale of Real Property as follows:

Mail Service – By regular first class United States mail, postage fully pre-paid addressed to:

>Allen Shayne Kerr
>Gina Torres
>270 South 450 West
>Layton, UT 84041
>     Debtors

>/s/Mark S. Middlemas
>Mark S. Middlemas